# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| John A. Miller, aka John Alan Miller,<br>Plaintiff<br>v.<br>South Carolina Department of Corrections; Kershaw Correctional Institution; Patricia Cook; and Darren Seward, co-conspirators,<br>Defendants | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:09-2009-JFA-RSC |

**JUDGMENT IN A CIVIL ACTION**

The Court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The Report and Recommendation of Magistrate Judge Robert S. Carr is incorporated and this case is dismissed without prejudice. The Plaintiff shall take nothing on his Complaint filed pursuant to 42:U.S.C. 1983.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge   Joseph F. Anderson, Jr.

Date:   Aug. 31, 2009

*CLERK OF COURT*

s/ Susan K. Sanders

*Signature of Clerk or Deputy Clerk*